CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAHEEM Z. LANGHORNE, | ) | |
|     Petitioner, | ) | Civil Action No. 7:09CV00421 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN HARRIS DIGGS, JR., | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss (Dkt. No.10) is **GRANTED**. Accordingly, Petitioner's 28 U.S.C. § 2254 Petition (Dkt. No.1) is **DENIED**. The Clerk of Court is directed to strike the matter from the court's active docket and to send a copy of this final order and accompanying memorandum opinion to Petitioner and counsel of record for the Respondent.

ENTER: This 20th day of May, 2010.

                                            Senior United States District Judge